


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOSE JUAN HERNANDEZ<br>B.O.P. # 38507-177 | * | CIVIL ACTION NO. 2:16-CV-00441 |
| v. | * | JUDGE MINALDI |
| BECKY CLAY, et al. | * | MAGISTRATE JUDGE KAY |

*************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 7) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and determining that the findings are correct under applicable law.

**IT IS ORDERED** that the petitioner's habeas corpus petition filed under 28 U.S.C. §2241 be **DISMISSED WITHOUT PREJUDICE** for failing to exhaust administrative remedies.

Lake Charles, Louisiana, this 4 day of Oct, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE